United States District Court
Southern District of Texas
**ENTERED**
April 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO GALVAN and STACY GALVAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-2384 |
| PALOMAR SPECIALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed April 24, 2018, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on April 25, 2018.

Ewing Werlein, Jr.
United States District Judge